The Arlington Company, Respondent, *v.* Colonial Assurance Company of the City of New York, Appellant.

*Arlington Co.* v. *Colonial Assur. Co.*, 109 App. Div. 903, affirmed.
(Argued October 22, 1906; decided November 13, 1906.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 5, 1905, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action to recover upon a policy of fire insurance.

*Arnold L. Davis* and *William B. Ellison* for appellant.

*George Richards* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: Cullen, Ch. J., Edward T. Bartlett, Werner, Willard Bartlett, Hiscock and Chase, JJ. Absent: Gray, J.